UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CONNECTICUT, STATE OF MARYLAND, and STATE OF NEW JERSEY,<br><br>     Plaintiffs,<br><br>     v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the United States Department of Treasury; the UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES P. RETTIG, in his official capacity as Commissioner of the United States Internal Revenue Service; the UNITED STATES INTERNAL REVENUE SERVICE; and the UNITED STATES OF AMERICA,<br><br>     Defendants. | Civil Action No. 1:18-cv-06427 (JPO) |

## NOTICE OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying memorandum of law; Declaration of Owen T. Conroy and exhibits attached thereto; Plaintiffs' Statement of Material Facts Pursuant to Local Civil Rule 56.1, and all prior pleadings and proceedings herein, Plaintiffs State of New York, State of Connecticut, State of Maryland, and State of New Jersey, by their attorneys, will move this Court before the Honorable J. Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, at a time and date to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment for Plaintiffs on all claims, declaring that the provision of the 2017 Tax Act imposing a $10,000 cap on the SALT deduction, Pub. L. No. 115-97, § 11042, is unauthorized by

and contrary to the Constitution of the United States, enjoining Defendants from enforcing the new cap on the SALT deduction, and awarding such other and further relief as this Court may deem just and proper.

Dated: New York, New York
December 14, 2018

STATE OF NEW YORK

BARBARA D. UNDERWOOD
*Attorney General*

By: */s/ Owen T. Conroy*
Owen T. Conroy
  *Assistant Attorney General*
  owen.conroy@ag.ny.gov
Caroline A. Olsen
  *Assistant Solicitor General*
  caroline.olsen@ag.ny.gov
Steven C. Wu
  *Deputy Solicitor General*
  steven.wu@ag.ny.gov
Eric Haren
  *Special Counsel*
  eric.haren@ag.ny.gov
Justin Wagner
  *Assistant Attorney General*
  justin.wagner@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street, 23rd Floor
New York, New York 10005
212-416-6184 (tel.)
212-416-8962 (fax)

*Attorneys for Plaintiff*
*State of New York*

(Signature block continues on next page)

| | |
|---|---|
| STATE OF CONNECTICUT | STATE OF MARYLAND |
|    GEORGE JEPSEN<br>   *Attorney General* |    BRIAN E. FROSH<br>   *Attorney General* |

STATE OF CONNECTICUT

   GEORGE JEPSEN
   *Attorney General*

By: */s/ Mark F. Kohler*
   Mark F. Kohler*
    *Assistant Attorney General*
   mark.kohler@ct.gov
   Michael K. Skold*
    *Assistant Attorney General*
   michael.skold@ct.gov
   Connecticut Office of the Attorney General
   55 Elm Street, P.O. Box 120
   Hartford, Connecticut 06141
   860-808-5020 (tel.)
   860-808-5347 (fax)

   *Attorneys for Plaintiff*
   *State of Connecticut*

STATE OF MARYLAND

   BRIAN E. FROSH
   *Attorney General*

By: */s/ Sarah W. Rice*
   Sarah W. Rice*
    *Assistant Attorney General*
   SRice@oag.state.md.us
   Maryland Office of the Attorney General
   Civil Division
   200 St. Paul Place, 20th Floor
   Baltimore, Maryland 21202
   410-576-7847 (tel.)
   410-576-6955 (fax)

   *Attorney for Plaintiff*
   *State of Maryland*

STATE OF NEW JERSEY

   GURBIR S. GREWAL
   *Attorney General*

By: */s/ Jeremy M. Feigenbaum*
   Jeremy M. Feigenbaum*
    *Assistant Attorney General*
   jeremy.feigenbaum@njoag.gov
   New Jersey Office of the Attorney General
   Richard J. Hughes Justice Complex
   25 Market Street, 8th Floor, West Wing
   Trenton, New Jersey 08625
   609-292-4925 (tel.)
   609-777-4015 (fax)

   *Attorney for Plaintiff*
   *State of New Jersey*

---

*Admitted pro hac vice.