AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| State of New York, et al.<br>*Plaintiff*<br>v.<br>Mnuchin, et al.<br>*Defendant* | )<br>)<br>) Case No.   18-cv-6427 (JPO)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs State of New York, et al.

Date:   06/18/2019

*Attorney's signature*

Matthew Colangelo (MC-1746)
*Printed name and bar number*

New York State Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005

*Address*

matthew.colangelo@ag.ny.gov
*E-mail address*

(212) 416-6057
*Telephone number*

*FAX number*