UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK,
STATE OF CONNECTICUT,
STATE OF MARYLAND, and STATE OF NEW JERSEY,

Plaintiffs,

v.

STEVEN MNUCHIN, in his official capacity as Secretary of the United States Department of Treasury; the UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES P. RETTIG, in his official capacity as Commissioner of the United States Internal Revenue Service; the UNITED STATES INTERNAL REVENUE SERVICE; and the UNITED STATES OF AMERICA,

Defendants.

Civil Action No. 1:18-cv-06427 (JPO)

Notice is hereby given that the State of New York, the State of Connecticut, the State of Maryland, and the State of New Jersey, hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's September 30, 2019, Opinion and Order (ECF No. 63), and this Court's September 30, 2019, Judgment (ECF No. 64).

Dated: November 26, 2019

STATE OF NEW YORK

LETITIA JAMES
*Attorney General*

By: */s/ Caroline A. Olsen*
Caroline A. Olsen
*Assistant Solicitor General*
caroline.olsen@ag.ny.gov
Matthew Colangelo
*Chief Counsel for Federal Initiatives*
Steven C. Wu
*Deputy Solicitor General*
steven.wu@ag.ny.gov
Eric Haren
*Special Counsel to the Solicitor General*
eric.haren@ag.ny.gov
Owen T. Conroy
*Assistant Attorney General*
owen.conroy@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street, 23rd Floor
New York, New York 10005
212-416-6184 (tel.)
212-416-8962 (fax)

*Attorneys for Plaintiff*
*State of New York*

*(Signature block continues on following page)*

STATE OF CONNECTICUT

WILLIAM TONG
*Attorney General*

By: */s/ Mark F. Kohler*
Mark F. Kohler
*Assistant Attorney General*
mark.kohler@ct.gov
Michael K. Skold
*Assistant Attorney General*
michael.skold@ct.gov
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141
860-808-5020 (tel.)
860-808-5347 (fax)

*Attorney for Plaintiff*
*State of Connecticut*

STATE OF MARYLAND

BRIAN E. FROSH
*Attorney General*

By: */s/ Sarah W. Rice*
Sarah W. Rice
*Assistant Attorney General*
SRice@oag.state.md.us
Maryland Office of the Attorney General
Civil Division
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-7847 (tel.)
410-576-6955 (fax)

*Attorney for Plaintiff*
*State of Maryland*

STATE OF NEW JERSEY

GURBIR S. GREWAL
*Attorney General*

By: */s/ Jeremy M. Feigenbaum*
Jeremy M. Feigenbaum
*Assistant Attorney General*
jeremy.feigenbaum@njoag.gov
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor, West Wing
Trenton, New Jersey 08625
609-292-4925 (tel.)
609-777-4015 (fax)

*Attorney for Plaintiff*
*State of New Jersey*

---